IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION



| | |
|---|---|
| BUD LARKIN,<br><br>Plaintiff,<br><br>vs.<br><br>WALGREENS CO., CORPORATIONS A, B, and C; and JOHN DOES 1 through 10,<br><br>Defendants. | CV 17–112–M–DLC<br><br>ORDER |

Pursuant to the parties' Stipulation for Dismissal:

IT IS ORDERED that this action is DISMISSED WITH PREJUDICE, the parties to bear their own attorneys' fees and costs.

DATED this 17th day of May, 2018.

Dana L. Christensen, Chief District Judge
United States District Court

1